UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
Jong H. Choi,  
        Debtor(s).

Case No.: 18-26933-SLM  
Chapter: 7  
Judge: Stacey L. Meisel

## NOTICE OF PROPOSED ABANDONMENT

___Barbara A. Edwards___, ___Trustee___ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk, US Bankruptcy Court, DNJ<br>PO Box 1352<br>Newark, NJ 07101-1352 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable ___Stacey L. Meisel___ on ___12/11/18___ at ___10:00___ a.m. at the United States Bankruptcy Court, Courtroom no. ___3A___. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | Real property located at 4-04 17th Street, Fair Lawn, NJ.<br>Fair Market Value: $430,000.00<br>After taking into consideration the mortgage and administrative costs of sale, no monies will be remaining for distribution to unsecured creditors herein. |
|---|---|

| Liens on property: | Subject to mortgage held by Rushmore Loan Management Services in the approximate amount of $390,793.54. |
|---|---|

| Amount of equity claimed as exempt: | None |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name: /s/ Barbara A. Edwards, Interim Trustee  
Address: Muscarella Bochet, PC, 10-04 River Rd., Fair Lawn, NJ 07410  
Telephone No.: 201-796-3100

*rev.8/1/15*

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                             Case No. 18-26933-SLM
Jong H Choi                                                        Chapter 7
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2           User: admin                  Page 1 of 2                    Date Rcvd: Nov 09, 2018
                               Form ID: pdf905              Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 11, 2018.
db             +Jong H Choi,    4-04 17th Street,    Fair Lawn, NJ 07410-2128
517718505     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court:    CITI,    PO Box 20487,    Kansas City, MO 64195)
517718506     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court:    CITI Card,    PO BOx 689020,    Des Moines, IA 50368)
517718503      +Cach of NJ, LLC,    C/O,    Fein, Such, Kahn & Shepard,     7 Century Dr.,
                 Parsippany, NJ 07054-4673
517718504      +Chase,    PO Box 15123,    Wilmington, DE 19850-5123
517718507      +Clifton Medical Imaging PA,     27168 Network Pl.,    Chicago, IL 60673-1271
517718508      +FIA Card,    475 Cross Point Pkwy,    PO Box 9000,    Getzville, NY 14068-9000
517718509      +Hackensack Univ. Medical Center,     PO Box 48027,    Newark, NJ 07101-4827
517718513      +Pilot Receivables Management, LLC,     10625 Techwoods Circle,     Cincinnati, OH 45242-2846
517718514     #+Point View Radiology Associates, P.C.,      PO Box 9132,    Brookline, MA 02446-9132
517718516      +Rushmore,    PO Box 52708,    Irvine, CA 92619-2708
517718518      +St. Josephs Wayne Hospital,     PO Box 36284,    Newark, NJ 07188-0001
517718519      +Visa Card,    PO Box 3331,    Omaha, NE 68103-0331
517718520      +Wayne Emergency Medical Associates,     PO Box 36284,    Newark, NJ 07188-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 09 2018 23:54:42      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 09 2018 23:54:37      United States Trustee,
                 Office of the United States Trustee,     1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517718510       E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 09 2018 23:54:55      Jefferson Capital Systems, LLC,
                 16 McLeland Rd,    Saint Cloud, MN 56303
517718511       E-mail/Text: camanagement@mtb.com Nov 09 2018 23:54:14      M&T Bank,    PO Box 767,
                 Buffalo, NY 14240
517718512      +E-mail/Text: bankruptcydpt@mcmcg.com Nov 09 2018 23:54:36      Midland Funding, LLC,
                 PO Box 939069,    San Diego, CA 92193-9069
517718515       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 09 2018 23:59:29
                 Portfolio Recovery,    120 Corporate Blvd,    Ste 100,    Norfolk, VA 23502
517718517       E-mail/Text: appebnmailbox@sprint.com Nov 09 2018 23:54:35      Sprint,    6200 Sprint Pkwy,
                 Overland Park, KS 66251
                                                                                              TOTAL: 7

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2018                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2018 at the address(es) listed below:
              Barbara   Edwards    on behalf of Trustee Barbara   Edwards bedwardstrustee@aol.com,
               NJ48@ecfcbis.com
              Barbara   Edwards    bedwardstrustee@aol.com, NJ48@ecfcbis.com
              Dong Sung Kim    on behalf of Debtor Jong H Choi kimchoikim@gmail.com
```

```
District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: Nov 09, 2018
                              Form ID: pdf905          Total Noticed: 21


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Kevin Gordon McDonald    on behalf of Creditor   MTGLQ Investors, LP kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```